# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Mauricio Escalona Cabrera

CRIMINAL COMPLAINT
CASE: 18-27105MP
Citizenship: MEXICO

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about May 18, 2018, at or near Nogales, Arizona, in the District of Arizona, Mauricio ESCALONA CABRERA, an alien, did unlawfully attempt to enter the United States of America from Mexico, by a willfully false or misleading representation or the willful concealment of a material fact, in violation of Title 8, United States Code, Section 1325 (a) (3), a petty misdemeanor.

    On or about May 18, 2018, Mauricio ESCALONA CABRERA had a conscious desire to enter and took a substantial step in attempting to enter the United States when Mauricio ESCALONA CABRERA crossed the international boundary line between the United States and Mexico at or near Nogales, Arizona and did willfully make a false or misleading representation or willful concealment of a material fact.

File Date: 05/21/2018

at Tucson, Arizona

Ricardo H. Islava, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/21/2018

**D Thomas. Ferraro**
**United States Magistrate Judge**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

United States of America                                    CASE: 18-27105MP

vs.

Mauricio Escalona Cabrera

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Mauricio Escalona Cabrera, was represented by counsel, Christina Woehr (FPD).

The defendant pled guilty to the Complaint on 05/21/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(3) | Illegal Entry | 05/18/2018 |

As pronounced on 05/21/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The defendant is advised of defendant's right to appeal by filing a notice of appeal in writing within 14 days of entry of judgment.

Signed on Monday, May 21, 2018.

D Thomas. Ferraro
United States Magistrate Judge

Arresting Agency: TCA

**UNITED STATES DISTRICT COURT**          **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**


Date: 05/21/2018          Case Number: 18-27105MP


USA vs. **Mauricio Escalona Cabrera**
U.S. MAGISTRATE JUDGE: D THOMAS. FERRARO      Judge AO Code: 70BU
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Carlos Arvizu, Spanish
Attorney for Defendant: Christina Woehr (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **05/18/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:       Christina Woehr (FPD) is appointed as attorney of record for defendant.


                              Recorded by Courtsmart    COP: 1
                              BY: Silvia Guzman          Sent: 0
                                   Deputy Clerk          IA: 0
                                   Start: 1:34 pm Stop: 3:15 pm